**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

─────────────

**No. 01-7584**

─────────────

UNITED STATES OF AMERICA,

                                        Plaintiff - Appellee,

        versus

LAZARO TAPIA-SANTANA,

                                        Defendant - Appellant.

─────────────

Appeal from the United States District Court for the Eastern District of North Carolina, at Fayetteville.  W. Earl Britt, Senior District Judge.  (CR-93-62-BR, CA-00-864-BR)

─────────────

Submitted:  December 20, 2001          Decided:  January 9, 2002

─────────────

Before LUTTIG, TRAXLER, and GREGORY, Circuit Judges.

─────────────

Dismissed by unpublished per curiam opinion.

─────────────

Lazaro Tapia-Santana, Appellant Pro Se.  Jane H. Jolly, OFFICE OF THE UNITED STATES ATTORNEY, Raleigh, North Carolina, for Appellee.

─────────────

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Lazaro Tapia-Santana seeks to appeal the district court's orders denying his motion filed under 28 U.S.C.A. § 2255 (West Supp. 2001) and his motion to alter or amend judgment. We have reviewed the record and the district court's orders and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. <u>United States v. Tapia-Santana</u>, Nos. CR-93-62-BR; CA-00-864-BR (E.D.N.C. Jan. 18, 2001; Feb. 5, 2001). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>DISMISSED</u>